IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN AND CAROL SCHLEGEL et al, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A. <br><br> Defendant. | No. C 10-05679 CRB <br><br> **ORDER DIRECTING SUPPLEMENTAL BRIEF** |

A motion hearing was held on Defendant's Motion to Dismiss (dkt. 19) on June 3, 2011. On June 20, 2011, Plaintiffs sought permission to file a Notice of 9th Circuit Authority in Opposition to Motion to Dismiss (dkts. 29, 30). Plaintiffs' Notice asks the Court to consider DeDios v. International Realty & RC Investments, 2011 U.S. App. Lexis 7421 (9th Cir. April 11, 2011), a case not raised at or before the motion hearing, in deciding whether Defendant acted as a debt collector under the Fair Debt Collection Practices Act. See dkt. 30 Ex. A at 1. Having granted Plaintiffs' request, the Court hereby DIRECTS Defendant to respond to Plaintiffs' Notice, and in particular to the DeDios case, in five pages or less, by Monday, June 27 at 5:00 PM.

**IT IS SO ORDERED.**

Dated: June 22, 2011

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE