1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JOHN AND CAROL SCHLEGEL, et al.,           No. C 10-05679 CRB

12                Plaintiffs,                    **JUDGMENT**

13        v.

14   WELLS FARGO BANK, N.A.

15                Defendant.

16   _____/

17        Having granted Defendant's Motion to Dismiss, the Court hereby enters judgment for

18   Defendant and against Plaintiffs.

19        **IT IS SO ORDERED.**

20

21

22   Dated: July 6, 2011            _____

23                                  CHARLES  R. BREYER
                                    UNITED STATES DISTRICT
                                    JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\CRBALL\2010\5679\judgment.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California