FILED

JUL 17 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN SCHLEGEL, on behalf of himself and all others similarly situated; CAROL ROBIN SCHLEGEL, on behalf of herself and all others similarly situated, <br><br>              Plaintiffs - Appellants, <br><br>   v. <br><br> WELLS FARGO BANK, NA, <br><br>              Defendant - Appellee. | No. 11-16816 <br><br> D.C. No. 3:10-cv-05679-CRB <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: WALLACE and IKUTA, Circuit Judges, and GARBIS, Senior District Judge.[*]

Appellants' Motion to Transfer Consideration of Attorneys' Fees on Appeal to District Court, filed July 16, 2013, is GRANTED. Appellants are not required to file a motion for fees in this Court pursuant to Ninth Circuit Rule 39-1.6.

---

[*] The Honorable Marvin J. Garbis, Senior District Judge for the U.S. District Court for the District of Maryland, sitting by designation.