| | |
|---|---|
| LAW OFFICES OF CHANDLER VISHER<br>S. Chandler Visher (State Bar No. 52957)<br>44 Montgomery Street, Suite 3830<br>San Francisco, CA 94104<br>Telephone: (415) 901-0500<br>Facsimile: (415) 901-0504<br>chandler@visherlaw.com<br><br>THE LAW OFFICES OF DANIEL HARRIS<br>Daniel Harris (*Pro Hac Vice*)<br>Anthony Valach (*Pro Hac Vice*)<br>150 N. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Telephone: (312) 960-1802<br><br>*Counsel for Plaintiffs* | MARK D. LONERGAN<br>(State Bar No. 143622)<br>mdl@severson.com<br>MICHAEL J. STEINER<br>(State Bar No. 112079)<br>mjs@severson.com<br>JASON M. RICHARDSON<br>(State Bar No. 250916)<br>jmr@severson.com<br>SEVERSON & WERSON<br>a Professional Corporation<br>One Embarcadero Center, Suite 2600<br>San Francisco, California 94111<br>Telephone:  (415) 398-3344<br>Facsimile:  (415) 956-0439<br><br>Attorneys for Defendant<br>WELLS FARGO BANK, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN SCHLEGEL and CAROL ROBIN SCHLEGEL, on behalf of themselves and all other similarly situated et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A.<br><br>           Defendant. | Case No.: 10-cv-05679-CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and having entered into a written settlement agreement resolving the claims at issue in this action ("Action"), Plaintiffs John Schlegel and Carol Robin Schlegel ("Plaintiffs") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") stipulate and request the Court to enter judgment in this case as follows:

1. Dismissing the entire action with prejudice as to all parties and as to all causes of action.

2. Retaining jurisdiction over Plaintiffs and Wells Fargo to enforce the settlement in full of all its terms.

3. Unless otherwise provided by the parties' settlement agreement, the parties shall bear their own fees and costs incurred in connection with the matter.

Dated: March ___, 2014         LAW OFFICES OF CHANDLER VISHER

                               By: _____
                                         S. Chandler Visher
                               Counsel for Plaintiffs John and Carol Robin Schlegel

Dated: March ___, 2014         THE LAW OFFICES OF DANIEL HARRIS

                               By: _____
                                         Daniel Harris
                               Counsel for Plaintiffs John and Carol Robin Schlegel

Dated: March ___, 2014         SEVERSON & WERSON
                               A Professional Corporation

                               By: _____
                                         Jason M. Richardson
                               Counsel for Defendant Wells Fargo Bank, N.A.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: April 21, 2014          _____
                               THE HONORABLE CHARLES R. BREYER
                               UNITED STATES DISTRICT JUDGE

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

STIPULATION OF DISMISSAL